UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH AGNEW,<br><br>                        Plaintiff,<br><br>-against-<br><br>DEPARTMENT OF CORRECTIONS, CITY OF NEW YORK; VINCENT SCHRALDI; WARDEN CARTER,<br><br>                        Defendants. | 22-CV-1010 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued March 10, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    March 10, 2022
            New York, New York

                                                      /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                 Chief United States District Judge